# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAJAN PATEL** | : | **CIVIL ACTION** |
| *Plaintiff, pro se* | : | |
| | : | **NO. 21-0546** |
| **v.** | : | |
| | : | |
| **ECFMG** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 7th day of April 2022, upon consideration of the *motion to dismiss* filed by Defendant ECFMG ("Defendant") pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), [ECF 26], Plaintiff Rajan Patel's ("Plaintiff") response in opposition, [ECF 29], Defendant's reply, [ECF 32], Plaintiff's sur-reply, [ECF 35], the supplemental letter brief filed by Plaintiff, [ECF 36], and Defendant's letter response thereto, [ECF 37], it is hereby **ORDERED** that the motion to dismiss filed pursuant to Rule 12(b)(6) is **GRANTED**. Accordingly, all claims against Defendant are **DISMISSED**, with prejudice.

                                                **BY THE COURT:**

                                                */s/ Nitza I. Quiñones Alejandro*
                                                **NITZA I. QUIÑONES ALEJANDRO**
                                                *Judge, United States District Court*