RAJAN PATEL,

    Appellant

v.

EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES