

**PATRICIA S. DODSZUWEIT**
**CLERK**

OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

May 25, 2022

Rajan Patel
8701 Breanna Drive
Gaithersburg, MD 20882

RE: Rajan Patel v. Educational Commission for Foreign Medical Graduat
Case Number: 22-1651
District Court Case Number: 2-21-cv-00546

Dear Rajan Patel,

The U.S. Postal Service returned the enclosed **Appellant's Case Opening Packet** as undeliverable because **not deliverable as addressed.**

**The deadlines originally set will remain in effect. The address has been updated and mail resent.**

Very truly yours,
s/ Patricia S. Dodszuweit
 Clerk

By: s/Kirsi
Case Manager
267-299-4911

cc: Max O. Bernstein, Esq.
 Matthew D. Klayman, Esq.
 Elisa P. McEnroe, Esq.