OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

May 31, 2022

Rajan Patel
8701 Deanna Drive
Gaithersburg, MD 20882

RE: Rajan Patel v. Educational Commission for Foreign Medical Graduat
Case Number: 22-1651
District Court Case Number: 2-21-cv-00546

Dear Rajan Patel,

The U.S. Postal Service returned the enclosed **Appellant's Case Opening Packet, and Briefing Notice** as undeliverable because **not deliverable as addressed.**

Appellant's Returned Mail Letter dated 5/25/22 has not been returned to the court at this time, it is being included with the above documents as the address has been updated.

**The briefing deadlines set forth originally are extended 40 days from today's date. The address has been updated and mail resent.**

Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/Laurie
Case Manager
267-299-4936

cc: Max O. Bernstein, Esq.
Matthew D. Klayman, Esq.
Elisa P. McEnroe, Esq.