**In the US Court of Appeals for the Third Circuit.**

RECEIVED
MAY 3 1 2022
U.S.C.A. 3rd. CIR

Case: 22-1651 (District Court case number: 2-21-cv-00546)

Dear Court Judge and Clerk of Court.

I am a pro-se plaintiff of this above cited case, which I am now appealing the final decision in the appeals court.
I have received your order stating that I need to file my brief and appendix by 5/24/2022.
I am a pro se plaintiff, and have requested that the district court send me a copy of the docket that I can attach to my Brief and Appendix to send to the Appeals court for review.
The district court has agreed to send me the copies of the docket, however I still have not received it. I will likely receive it in the next few days.
I am writing this letter to request your honor to kindly grant me an additional ten days to file my brief and appendix.


Sincerely,

Rajan Patel

/s/ Rajan Patel

Date: 5/24/2022

Rajan Patel
8701 Deanna Dr
Gaithersburg, MD
20882

Mailed

RECEIVED
MAY 3 1 2022
U.S.C.A. 3rd. CIR

To: Office of
United States
for the
21400
601 Market
Philadelphi

on: 05/24/2022

CAPITAL DIST 200/209
THU 26 MAY 2022 PM

the Clerk
es Court of Appeals
Third Circuit.
U.S. Courthouse
t St.
a, PA 19106-1790