UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **22-1651**

Patel v. Educational Commission for Foreign Medical Graduates

To:  Clerk

    1)    Motion by Appellant for Extension of Time to File Brief and Appendix

---

    No action will be taken on the foregoing motion as it is unnecessary. It is noted that the United States Postal Service returned mail sent by the Clerk as undeliverable. Appellant's address has been updated, returned mail re-sent, and deadlines were updated. Appellant's brief and appendix must be filed and served on or before July 11, 2022.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated:  June 13, 2022

kr/cc:  Rajan Patel
       Max O. Bernstein, Esq.
       Matthew D. Klayman, Esq.
       Elisa P. McEnroe, esq.