No. 22-1651

# In The United States Court Of Appeals For The Third Circuit

**RAJAN PATEL,**

*Appellant*,

v.

**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES**

On Appeal from the Order and Judgment Entered by the United States District Court for the Eastern District of Pennsylvania, No. 2:21-cv-00546

**APPELLEE EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL APPENDIX**

Elisa P. McEnroe
Max O. Bernstein
Matthew D. Klayman
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
T. 215.963.5917
F. 215.963.5001

*Attorneys for Appellee Educational Commission for Foreign Medical Graduates*

Pursuant to Federal Rules of Appellate Procedure 27 and 30, Appellee Educational Commission for Foreign Medical Graduates ("ECFMG") respectfully requests leave to file a supplemental appendix containing all of the materials required of an appendix under Fed. R. App. P. 30(a)(1).

ECFMG respectfully submits that that good cause exists for the Court to grant leave to file a supplemental appendix. Appellant Rajan Patel, proceeding *pro se*, did not file an appendix as required by Fed. R. App. P. 30(a)(1) and L.A.R. 30.3(a). There is presently no appendix before the Court in this case.

For the Court's convenience, ECFMG has prepared a supplemental appendix containing all of the materials required of an appendix under the Federal Rules of Appellate Procedure and the Local Appellate Rules, including (1) a copy of the notice of appeal, (2) the order from which the appeal is taken, (3) the relevant opinion of the district court, (4) the relevant docket entries in the district court, (5) the relevant pleadings, and (6) other parts of the record relevant to the issues on appeal.

A supplemental appendix may assist the Court in deciding this appeal. ECFMG's brief, filed concurrently with this motion for leave, cites to relevant materials from the District Court record that are set forth in the supplemental appendix and that "support[] the challenged determination." L.A.R. 30.3(a).

Accordingly, for the reasons set forth herein, ECFMG respectfully requests that the Court grant leave to file a supplemental appendix.

Dated: August 11, 2022

   <u>s/ Elisa P. McEnroe</u>
Elisa P. McEnroe
Max O. Bernstein
Matthew D. Klayman
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
T. 215.963.5917
F. 215.963.5001

*Attorneys for Appellee Educational Commission for Foreign Medical Graduates*

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 241 words. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. 32(a)(6) because this document has been prepared in a proportionally spaced typeface of 14-point Times New Roman. I further certify that Microsoft Defender did not detect a virus.

Dated: August 11, 2022         *s/ Elisa P. McEnroe*
                               Elisa P. McEnroe

                               *Attorney for Appellee Educational Commission for Foreign Medical Graduates*

# CERTIFICATE OF SERVICE

I, Elisa P. McEnroe, counsel for Appellee Educational Commission for Foreign Medical Graduates, certify that, on August 11, 2022, a copy of the foregoing Appellee Educational Commission for Foreign Medical Graduates' Motion for Leave to File a Supplemental Appendix was filed electronically through the appellate CM/ECF system with the Clerk of the Court.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I certify that one participant in the case is not a CM/ECF user. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participant:

Rajan Patel
8701 Deanna Drive
Gaithersburg, MD 20882

*Pro Se Appellant*

Dated: August 11, 2022      *s/ Elisa P. McEnroe*
Elisa P. McEnroe

*Attorney for Appellee Educational Commission for Foreign Medical Graduates*