UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **22-1651**

Patel v. Education Commission for Foreign Medical Graduates

To:     Clerk

1)     Motion by Appellee for Leave to File Supplemental Appendix

---

The foregoing motion is granted with filing as of August 11, 2022.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: August 16, 2022
MCW/cc:     Rajan Patel
            Max O. Bernstein, Esq.
            Matthew D. Klayman, Esq.
            Elisa P. McEnroe, Esq.