**United States Court of Appeals for the Third Circuit**

Motion for Leave to attain an extension for filing a reply brief.

To the court clerk and judge,

I am the pro-se plaintiff for the case 22-1651.
I am requesting extra time to file my reply brief to the defendant's reply brief already filed.
The reason I need the extra time is because I recently filed an emergency motion for leave to place this court case under seal. It behooves me to wait until that motion has been approved and the court case has been placed under seal, before filing my reply to the defendant's recent reply brief. Additional information from my perspective (eg. a reply to the defendant's brief), will further put me at risk of embarrassment by the public if the case is not placed under seal.

Please extend the deadline for me to file my reply to: September 30th 2022, as it is reasonable to predict and estimate that the ruling on my motion for leave to place this case under seal will be ruled on by that date.


Thank you

Sincerely,

Rajan Patel

*/s/ Rajan Patel*

09/06/2022