# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. <u>22-1651</u>

Patel v. Educational Commission for Foreign Medical Graduates

To:    Clerk

1)    Motion by Appellant for Extension of Time to File Reply Brief

2)    Motion by Appellant to Seal Case

---

The motion to seal and any response thereto are referred to the merits panel. Appellant's brief (ECF No. 12); Appellee's brief (ECF No. 13); the supplemental appendix (ECF No. 15); and the motion to seal (ECF No. 22) will be held provisionally under seal pending disposition of the motion to seal.

Appellant's motion for extension of time is granted. Appellant's reply brief must be filed and served on or before September 30, 2022. The reply brief, once filed, will also be held provisionally under seal pending disposition of the motion to seal. The parties are advised that the appeal will not be assigned to a merits panel until briefing is complete.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:  September 14, 2022

kr/cc: Rajan Patel
       Max O. Bernstein, Esq.
       Matthew D. Klayman, Esq.
       Elisa P. McEnroe, Esq.