United States Court of Appeals for the Third Circuit

No. 22-1651

Patel vs. Educational Commission for Foreign Medical Graduates

Date: 10/10/2022

To Clerk of Court and Judge,

This matter was initially addressed to this emergency email address for the third circuit court, and the response from the court also came through that channel; hence, I am utilizing the same email address for the filing of this document, in an attempt to keep matters consistent.

I am the plaintiff in this current court case. I would like to request the court and the judge to grant me the permission to file my reply to brief AFTER the court has made the seal on this case final (as opposed to currently temporary).
In addition, I would like to ask the court to place this entire case (including all documents and filings) under seal.

This message has also been sent to the defendant's attorney Max O. Bernstein, Esq.

Thanks

Sincerely,

Rajan Patel
/s/ *Rajan Patel*
Date: 10/10/2022