UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-001

No. 22-1651

RAJAN PATEL,
  Appellant

v.

EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

(E.D. Pa. No. 2-21-cv-00546)

Present: SHWARTZ, Circuit Judge

    Motion by Appellant for Extension of Time to file Reply Brief.

Respectfully,
Clerk/kr

_____ORDER_____

    The forgoing motion asks that the Court revisit the request to seal and Appellant Patel has already been informed that the motion to seal will be referred to the merits panel and the reply brief will be provisionally sealed pending disposition of the motion to seal. Nothing herein constitutes a ruling on the motion to seal. Appellant shall file his reply brief not later than October 20, 2022.

By the Court,

s/Patty Shwartz
Circuit Judge

Dated: October 12, 2022
KR/JK/cc:   Rajan Patel
              All Counsel of Record