OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



November 29, 2022

| | |
|---|---|
| Max O. Bernstein, Esq. | Elisa P. McEnroe, Esq. |
| Matthew D. Klayman, Esq. | Rajan Patel |

RE: Rajan Patel v. Educational Commission for Foreign Medical Graduat
Case Number: 22-1651
District Court Case Number: 2-21-cv-00546

Dear Litigant and Counsel:

Please be advised that the above-entitled case(s) will be submitted on the briefs, pursuant to 3rd Cir. LAR 34.1(a), with NO oral argument on **Tuesday, December 13, 2022.** This means your presence will not be required.

PSD/AR

Very truly yours,

*Patricia A Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:

*Ashley M. Ritz*

Ashley Ritz
Assistant Calendar Clerk
267-299-4947

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel: **JORDAN, GREENAWAY JR and NYGAARD, Circuit Judges**