<u>TUESDAY, DECEMBER 13, 2022</u>

<u>Coram: JORDAN, GREENAWAY JR and NYGAARD, Circuit Judges</u>

<u>S U B M I T T E D</u>

<u>No. 22-1651</u>
Pursuant to 3rd Cir. LAR 34.1(a)

RAJAN PATEL,
         Appellant
v.
EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES