UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-1651
_____

RAJAN PATEL,
          Appellant

v.

EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-21-cv-00546)
District Judge: Honorable Nitza I. Quiñones Alejandro
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
December 13, 2022
Before: JORDAN, GREENAWAY, JR., and NYGAARD, <u>Circuit Judges</u>
_____

**JUDGMENT**
_____

      This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on December 13, 2022. On consideration whereof, it is now hereby
      ORDERED and ADJUDGED by this Court that the judgment of the District Court entered April 8, 2022, be and the same is hereby affirmed in part and vacated in part. This matter is remanded for further proceedings. Each side shall bear its own costs. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: May 10, 2023