UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-1651
_____

RAJAN PATEL,
        Appellant

v.

EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-21-cv-00546)
District Judge: Honorable Nitza I. Quiñones Alejandro
_____

SUR PETITION FOR PANEL REHEARING
_____

Present: JORDAN, GREENAWAY and NYGAARD, Circuit Judges

    The petition for rehearing filed by appellee in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby ORDERED that the petition for rehearing by the panel is denied.

                          BY THE COURT,

                          s/ Kent A. Jordan
                          Circuit Judge

Dated: June 5, 2023
PDB/KR/cc: Rajan Patel
        All Counsel of Record